**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-22500-GAYLES**

DAN BENDAVID and ADAM
BENDAVID,

      **Plaintiffs**,

v.

DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES and
DIRECTOR, EXECUTIVE OFFICE
FOR IMMIGRATION REVIEW,

      **Defendants**.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for a Preliminary Injunction (the "Motion"). [ECF No. 11]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants shall respond to the Motion on or before May 28, 2026.

2. Furthermore, to preserve the status quo and the Court's jurisdiction, Defendants shall not remove Plaintiff from the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2026.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**